# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HAWK and CATHY HAWK

    Plaintiffs,

v.

CARRINGTON MORTGAGE SERVICES, LLC, and CHRISTIANA TRUST, et al.,

    Defendants.

3:14-CV-1044
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 17th DAY OF AUGUST, 2016, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation, (Doc. 46), the parties Objections thereto, and all related filings, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Objection, (Doc. 48), is **OVERRULED**.

2. The Report and Recommendation, (Doc. 46), is **ADOPTED** for the reasons stated both therein and in this Court's accompanying memorandum opinion.

3. Defendant Christiana Trust's Motion for Summary Judgment, (Doc. 36), is **GRANTED** in its entirety.

4. Judgment is entered **IN FAVOR OF** Defendant Christiana Trust and **AGAINST** Plaintiffs Douglas Hawk and Cathy Hawk.

5. The Clerk of the Court is **DIRECTED** to close this case.

                                                  Robert D. Mariani
                                                  United States District Judge