# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS HAWK and CATHY HAWK

    Plaintiffs,

v.

CARRINGTON MORTGAGE SERVICES, LLC, and CHRISTIANA TRUST, et al.,

    Defendants.

3:14-CV-1044
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 17th DAY OF AUGUST, 2016,** upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation, (Doc. 47), the parties Objections thereto, and all related filings, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Objection, (Doc. 50), is **OVERRULED**.

2. Defendant Carrington Mortgage Services LLC's Limited Objection, (Doc. 49), is **SUSTAINED**.

3. The Report and Recommendation, (Doc. 47), is **ADOPTED AS MODIFIED** for the reasons stated both therein and in this Court's accompanying memorandum opinion. The Court will not permit Plaintiffs to amend their complaint.

4. Defendant Carrington Mortgage Services, LLC's Motion for Summary Judgment, (Doc. 38), is **GRANTED** in its entirety.

5. Judgment is entered **IN FAVOR OF** Defendant Carrington Mortgage Services, LLC and **AGAINST** Plaintiffs Douglas Hawk and Cathy Hawk.

6. The Clerk of the Court is **DIRECTED** to close this case.

Robert D. Mariani
United States District Judge